# 8466

NO. 8466

COURT OF APPEAL

PARISH OF ORLEANS

------

HARRY L. HEYMAN

versus

MR. AND MRS. JOHN E. CALVIN.

--------

--------

Court of Appeal
Parish of Orleans
June 11/23

8466

Dinkelspiel; J.

This litigation is based on the following facts:

In a settlement of prior obligations between the parties to this suit, and on an application for a further loan by plaintiff to defendant of $280.00, by error $125.00 claimed to have been paid by defendant to plaintiff and not credited, leaving the amount of the obligation xxxxx which was originally $280.00 reduced to $125.00, and the obligation itself destroyed by error.

The answer admits the obligation in question, but claims that same was made up adding usurious interest, and hence the amount of $125.00 note destroyed by consent of both parties, concluded plaintiff in demanding the amount in question.

We have carefully examined this record, all a question of fact. The witnesses on both sides were heard by the Judge a quo, and he therefore having the parties before him, was in a better position to judge than we are, and we are convinced that after hearing the parties interest, the Judge concluded that an error had been committed in destroying the obligation unintentionally and that the amount claimed to be due was due, and he so decided, and we see no reason to distrub his judgment.

For the reasons assigned, it is ordered, adjudged and decreed, that the judgment of the Court aquo be and the same is hereby affirmed, costs of both Courts to be paid by defendant.

-Judgment affirmed-